IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



EMERSON OWENS,

~~SHELBY~~ ~~COUNTY~~ ~~SCHOOLS~~ .

_____

2017 AUG 16  PM 1:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

MS. CEhiciA BReRes .

_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.    Previous Lawsuits
  A.  Have you begun other lawsuits in state or federal court dealing with the same facts
      involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

  B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
      than one lawsuit, describe the additional lawsuits on another piece of paper, using
      the same outline.)

      1.  Parties to this previous lawsuit
      Plaintiffs: _____ ~~Emerson~~ ~~owens~~ . _____

      _____

      Defendants: _____

      _____

      2.  Court (if federal court, name the district; if state court, name the county):
          _____

      3.  Docket Number: _____

      4.  Name of judge to whom case was assigned:_____

      5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
          pending?)
          _____

      6.  Approximate date of filing lawsuit:_____ 8-16. 2017. _____

      7.  Approximate date of disposition:_____

-1-                                                            Revised 4/18/08

II.    Place of Present Confinement:_____

A. Is there a prisoner grievance procedure in the institution?

Yes ( )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance
   procedure?                                                  Yes ()   No ()

C. If your answer is Yes:

   1. What steps did you take?_____

   _____

   2. What was the result?_____

   _____

D. If your answer is No, explain why not:_____

   _____

III.   Parties

(In item A below, place your name in the first blank and place your present address in the
   second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff ___Emerson   Owens_____

    Address ___399/. N. WATKINS. AVE #5_____

(In item B below, place the full name of the defendant in the first blank, his official
position in the second blank, and his  and his place of employment in the third blank.
Use Item C for the names, positions, and places of employment of an additional
defendants.)

B. Defendant___MS. CELICIA   BARNES_____is employed as

   ___LABOR   RELATIONS   MANAGER._____

   at___SHELBY   COUNTY   SCHOOLS._____

C.  Additional Defendants:_____

    _____

    _____

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is
involved. Include also the names of other persons involved, dates, and places. Do not
give any legal arguments or cite any cases or statutes. If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph. Use as much
space as you need. Attach extra sheet if necessary.

I WAS AT WORK ONE MORNING. MY CAFETERIA MANAGER
WHOSE NAME IS MRS. FARRIS, TOLD ME TO SEE MRS. SMITH
IN HER OFFICE, MRS SMITH HAD RECEIVED
INFORMATION FOR ME TO GO TO LABOR RELATIONS
ON 2-22-2017. TO MEET MS CELICIA BARNES BECAUSE
OF A WRITE UP I RECEIVED FROM INTERIM
MANAGER MRS. DEBBIE WALKER. I MET MS. BARNES
SHE TOLD ME TO EXPLAIN WHAT HAPPENED. I TOLD HER
HOW OFTEN TIMES, THE KITCHEN IS SHORT OF HELP. SOMETIMES
OTHER EMPLOYEES ARE NOT HELPFUL. THEY WILL LEAVE
THE FLOORS WET, FOR EMERSON OWENS TO MOP UP.

-2-                                    Revised 4/18/08

V.  Relief
State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

I WOUL'D LIKE TO RETURN TO SHELBY COUNTY SCHOOLS AS AN EMPLOYEE. I DO NOT THINK THIS WAS HANDLED CORRECTLY.

VI.  Jury Demand
I would like to have my case tried by a jury. Yes ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this_____day of _____, 20_____.

Emerson Olde
3991 N. WATKNC, #5
901. 849. 4784
(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08

MS WALKER ALSO WROTE ME UP BECAUSE SHE SAYS I WORK TO SLOW, I'M ON DISABILITY BECAUSE OF BACK ISSUES, I FEEL LIKE MRS WALKER SHOULD HAVED HELP ME COMPLETE THE TASK, INSTEAD OF SITTING IN HER OFFICE WATCHING PRESIDENT DONALD TRUMP ON LINE. THE NEW MANAGER MRS. BRIGETTE FARRIS, WAS COMPLAING ABOOT ANTS BEING IN THE MANAGERS. OFFICE, BECAUSE MS. JACKIE FRAZIER, ATE FOOD IN HER OFFIE AND ALSO DRINK DRINKS. THIS WILL CAUSE YOU TO HAVE, BUGS AND ANTS. ONE MORNING MRS FARRIS ASK ME TO MOVE THE DEEP FREEZER. TO GET HER INK PEN SHE HAD DROPPED, I MOVED IT. THE BUGS BEGAN TO CHASE MRS FARRIS AWAY. MRS FARRIS IS A NEW MANGER. SHE NOWS OF THE BUG PROBLEM. SOMETIMES THEY WOU'LD HAVE OLD FRUIT AGAINST THE BACK WALL. THIS MAY ALSO CAUSE YOU TO HAVE BUGS AND FLY'S. I TOLD THIS TO MS BARNES. MS BARNES TRYED TO CALL MS FARRIS ON 2·22·2017. BUT MS FARRIS HAD LEFT FOR THE DAY! MS. BARNES AND HER CO-WORKER. HAD CLEARED FOR ME TO RETURN TO WORK. ON 2·23·2017. TWO WEEKS LATER I GOT TO WORK ONE MORNING. MRS FARRIS WAS ON THE PHONE IN HER OFFICE. SOME ONE FROM LABOR RELATIONS WANTED ME TO RETURN. I DID NOT UNDERSTAND WHY I HAD TO RETURN. BECAUSE MS. BARNES HAD CLEARED ME TO RETURN TO WORK, THE WEATHER WAS BAD. I

ALSO ____ ___ _____ ____ EVERY DAY IN MEMPHIS. SHE MUST HAVE TOLD THEM THAT EMERSON WAS NOT coming. LATER THAT morning. MRS. FARRIS TOLD ME TO GO BACK TO LABOR RELATIONS. BECAUSE SHE DID NOT want ME TO LOOSE my JOB. WHEN I RETURNED TO LABOR RELATIONS. ON 3.7.301 MS. BARNES. HAD SENT E=MAILS TO MS. FARRIS AND ALSO THE PRINCIPAL MR. NEWBORNE ANNOUNCING MY TERMINATION. MS. BARNES DID NOT follow POLICY OR PROCEDURE. I HAVE ENCLOSED A COPY OF THE PROCEDURE FOR NOTIFYING EMPLOYEES. TO LABOR RELATION. PLEASE NOTE, MS. SHELIA A GRAY. LABOR RELATIONS. M.C.S ALSO HAS A CELL PHONE POLICY. CELL PHONES ARE ALSO A PROBLEM IN many WORK PLACES.



*DIRECT VIOLATION OF THE SHELBY COUNTY SCHOOLS POLICY FOR CELLULAR TELEPHONES AND BEEPERS READ AS FOLLOWS:*

*CELLULAR TELEPHONES ARE TO BE TURNED OFF DURING WORK TIME AND KEPT IN THE LOCKER. CELLULAR TELEPHONES CAN BE USED DURING THE EMPLOYEES' LUNCH AND BREAK TIME.*

*THE USE OF CELLULAR TELEPHONES DURING WORK TIME CAN CAUSE CONTAMINATION OF FOOD AND DOES NOT ALLOW EMPLOYEES TO CONCENTRATE ON THEIR WORK. CELLULAR PHONES CAN BE DANGEROUS WHEN WORKING AROUND FOOD. ALSO EMPLOYEES ARE NOT GIVING THE BOARD OF EDUCATION THEIR TOTAL WORK HOURS. VIOLATION OF THIS PROCEDURE CAN CAUSE CELLULAR TELEPHONES TO BE BANNED FROM SCHOOLS.*

*BEEPERS ARE NOT ALLOWED ON SCHOOL PREMISES. BEEPERS CAN CAUSE THE SAME PROBLEMS THAT WE ENCOUNTER WITH CELLULAR TELEPHONES. SCS 2.28*

*CELLULAR TELEPHONES USAGE MUST BE USED IN A DESIGNATED PLACE AWAY FROM FOOD PREPARATION AREAS. DESIGNATED AREAS ARE DINNING AREA, DOCK, LOCKER ROOM, AND ETC.*

*CELLULAR PHONE USAGE WAS DISCUSSED DURING A BRIEF IN-SERVICE MEETING BY CAFÉ. MNGT. MY SIGNATURE INDICATES THAT I WAS IN ATTENDANCE AND UNDERSTAND THE SCS CELLULAR PHONE POLICY.*

_____        _____

*EMPLOYEE'S SIGNATURE & DATE*        *MANAGER'S SIGNATURE & DATE*

*2014-2015- SCS SCHOOL TERM*

# THE DEPARTMENT OF LABOR AND EMPLOYEE RELATIONS

160 S. Hollywood Street • Memphis, TN 38112 • (901) 416-5323 • www.scsk12.org

March 29, 2017

**Cecilia Barnes**
Labor and Employee Relations Manager
Phone: (901) 416-6378
Fax: (901) 416-5756
Barnesc1@scsk12.org

Mr. Emerson Owens
3989 N. Watkins St., Apt. #5
Memphis, TN 38127-4303

Dear Mr. Owens:

This letter is a result of the conference that was held with you on February 22, 2017. The purpose of the conference was to discuss the documentation I received regarding your unsatisfactory job performance.

Specifically, the documentation included a counseling on 12/8/16 for continued eating in the prep area, leaving messes in the work area for others to clean up, continuing to work slow and not following instructions you've been given numerous times; an oral reprimand on 1/18/17 for putting trash in the wrong places outside despite having been spoken to about this issue on several occasions and failing to clean up your messes; a written reprimand on 1/19/17 for continuing to not clean up the work area, leaving open containers of juice where you eat in the work area, and not following instructions you have been given numerous times; and finally a referral to Labor Relations on 1/27/17 for continuing to eat in the prep area despite instructions to not do this, as it violates applicable guidelines and regulations.

You were given an opportunity to review the documentation and provide a rebuttal. You disagreed with your supervisor's allegations. However, I spoke to Ms. Jacqueline Frazier, who was your supervisor prior to Ms. Walker. I also spoke to Ms. Brigette Farris, who has been your supervisor since Ms. Walker left. Both supervisors described having the same problems with your performance as those Ms. Walker indicated in her write ups and referral to Labor Relations.

Board Policy No. 4002, Staff Ethics, states that all employees are expected to adhere to standards of ethical behavior including, but not limited to, the following: follow all policies and administrative rules and grow in skill and understanding in the job assigned.

Based on the foregoing, the preponderance of evidence indicates that you displayed insubordinate behavior and neglected your duty as a School Nutrition Technician. Therefore, I have recommended to the Superintendent that your employment be terminated. Enclosed you will find a letter signed by Superintendent Dorsey E. Hopson, II.

Shelby County Schools offers educational and employment opportunities without regard to race, color, religion, sex, creed, age, disability, national origin, or genetic information.

901-844-4789
Phone number

Sincerely,

*Cecilia S Barnes*

Cecilia S. Barnes, Labor and Employee Relations Manager
Department of Labor and Employee Relations

CSB/cb
Enclosure

c:    Dorsey E. Hopson, II
      Calvin Johnson
      Phyllis Glover
      Brenda Jones
      Shalissia Smith
      Personnel File
      Anthony McGhee, AFSCME
      Brigette Farris
      Charles Newborn, Brownsville Road Elementary School

Shelby County Schools offers educational and employment opportunities without regard to race, color, religion, sex, creed, age, disability, national origin, or genetic information.

# THE OFFICE OF THE SUPERINTENDENT

160 S. Hollywood Street • Memphis, TN 38112 • (901) 416-5444 • Fax (901) 416-5578 • ww.scsk12.org

Dorsey E. Hopson, II
Superintendent

March 30, 2017

Mr. Emerson Owens
3989 N. Watkins St., Apt. #5
Memphis, TN 38127-4303

REGULAR MAIL

Dear Mr. Owens:

This notification is to officially inform you that I hereby adopt all of the findings, recommendations, and basis for the recommendations set forth in the attached correspondence from Ms. Cecilia Barnes. Based upon the foregoing, you are hereby terminated from Shelby County Schools effective March 7, 2017.

Sincerely,

Dorsey E. Hopson, II
Superintendent

Shelby County Schools offers educational and employment opportunities without regard to race, color, religion, sex, creed, age, disability, national origin, or genetic information.



Shelia A
Gray/Admin/Avery/MCS
03/25/2010 03:34 PM.

To   Rita White/Admin/Egypt_ES/MCS@MCS

cc   238 Cafe/Admin/Egypt_ES/MCS@MCS

bcc

Subject   Emerson Owens

Please advise the above referenced employee (Emerson Owens) that he is scheduled for a hearing with Labor Relations in room 138 (BOE) at 1:00 pm on Tuesday, April 6, 2010.

Advise him that he can have union representation by contacting his respective union/Uniserv Director. Ask that he allow an additional 10-15 minutes to ensure timely arrival.

Thanks,

Shelia A. Gray, PHR
Special Project Coordinator
Labor Relations Division
MCS Department of Human Resources
Room 138, Loc 155
Phone:  (901) 416-5314
Fax: (901) 416-5756
E-mail: graysheliaa@mcsk12.net

"You must be the change you wish to see in the world"
Mahatma Gandhi

The information contained in this electronic mail message, including any attachment, is confidential information intended only for the use of the individual or entity named above, and may be privileged.  The information herein also may be protected by the Electronic Communications Privacy Act, 18, U.S.C. Sections 2510-2521.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at (901) 416-5314 or by return email, and delete this message.